# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH AND AMBER MYRICK,** ) | |
| ) | |
| **PLAINTIFFS,** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:10-cv-03294-WMA** |
| ) | |
| **ALTERNATIVE RECOVERY** ) | |
| **MANAGEMENT,** ) | |
| ) | |
| **DEFENDANT.** ) | |
| ) | |

## NOTICE OF SETTLEMENT

COMES NOW the defendant, Alternative Recovery Management, by and through the undersigned counsel and provides notice to this Honorable Court that the parties have reached a resolution of all claims between them through a separate confidential settlement. By agreement, the parties have allowed until April 1, 2011, to complete all terms of settlement. As such, the parties respectfully request this Honorable Court to suspend both the deadline to file responsive pleadings and the deadline to comply with Rule 26. The parties request this Honorable Court allow until April 15, 2011, to file a Motion to Dismiss. This motion is filed with the consent of counsel for Kenneth Myrick.

Respectfully Submitted,

 /s/ Neal D. Moore, III
Neal D. Moore, III
Amy E. Blankenship
*Attorneys for Defendant,*

{W0279727.1 }

*Alternative Recovery Management*

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
(205)879-8722

## CERTIFICATE OF SERVICE

This is to certify that on this the 29th day of December, 2010, a copy of the forgoing document has been served upon counsel for all parties to this proceeding by the following method:

    _____    mailing the same by first-class United States mail, properly addressed and postage pre-paid

    _____    hand delivery

    _____    via facsimile

    __X__    E-File

W. Whitney Seals
Pate & Cochrun, LLP
P.O. Box 10448
Birmingham, AL  35202-0448

    /s/ Neal D. Moore, III
    OF COUNSEL

{W0279727.1 }