```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

| | | |
|---|---|---|
| KENNETH AND AMBER MYRICK, | } | |
| | } | |
|     Plaintiffs, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 10-AR-3294-S |
| | } | |
| ALTERNATIVE RECOVERY | } | |
| MANAGEMENT, | } | |
| | } | |
|     Defendant. | } | |

## ORDER

Having been notified that the above entitled case has been settled, the action is hereby **DISMISSED WITH PREJUDICE**, but with the right to substitute a jointly proposed final order on or before April 15, 2011.

The parties shall bear their own respective costs.

DONE this 30th day of December, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE